Ed. V. Price & Co. v. St. Louis S. W. Ry. Co., 191 Ill. App. 119.

## Ed. V. Price & Company, Appellant, v. St. Louis Southwestern Railway Company, Appellee.

### Gen. No. 20,202.   (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. WILLIAM E. DEVER, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1914. Reversed and remanded. Opinion filed January 5, 1915. Rehearing denied January 16, 1915.

### Statement of the Case.

Action by Ed. V. Price & Company, a corporation, against St. Louis Southwestern Railway Company, a corporation, to recover the value of a trunk of samples of clothes. It appeared that J. R. Bowman was a traveling salesman for the plaintiff and that he delivered the trunk to defendant for shipment to Chicago, at Onalaska, Arkansas, and that the goods were never received by the plaintiff. A judgment was rendered for the defendant and the plaintiff appealed.

GANN, PEAKS & TOWNLEY, for appellant.

JEFFERY & CAMPBELL, for appellee; HERBERT J. CAMPBELL, of counsel.

MR. JUSTICE SMITH delivered the opinion of the court.

### Abstract of the Decision.

CARRIERS, § 93*—*what evidence improper to show shipment.* In an action against a carrier for failure to deliver a trunk, evidence of a witness that he had investigated the records of defendant and found no entries of the shipment was inadmissible as it did not answer the testimony of the plaintiff or tend to answer it, it appearing that defendant's negative evidence referred to other dates than that on which the plaintiff shipped the trunk.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.